## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

```
------------------------------------------------------------ x
                                                             :
NAVIENT SOLUTIONS, LLC                                       :
13865 Sunrise Valley Drive.                                  :
Herndon, VA 20171                                            :
                                                             :
                              Plaintiff,                     :
                  v.                                         :
                                                             :
DEPARTMENT OF EDUCATION                                      :   Civil Action No.
Lyndon Baines Johnson                                        :
Department of Education Bldg.                                :   JURY TRIAL DEMANDED
400 Maryland Ave., S.W.                                      :
Washington, D.C. 20202                                       :
                                                             :
-and-                                                        :
                                                             :
DR. MIGUEL CARDONA                                           :
Secretary of Education                                       :
in His Official Capacity                                     :
Lyndon Baines Johnson                                        :
Department of Education Bldg.                                :
400 Maryland Ave., S.W.                                      :
Washington, D.C. 20202                                       :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ x
```

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Navient Solutions, LLC, a private non-

governmental party, that Navient Solutions, LLC is wholly-owned by the following parent corporation:

1. Navient Corporation

No other publicly-held corporation owns 10% or more of the stock of Navient Solutions, LLC.

Dated: March 16, 2021          Respectfully submitted,

/s/ *Ada Fernandez Johnson*

DEBEVOISE & PLIMPTON LLP
Ada Fernandez Johnson
Virginia Bar No. 42751
Katherine R. Seifert*
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000
afjohnson@debevoise.com

Matthew Specht*
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Plaintiff Navient Solutions, LLC*

*Pro hac vice* application forthcoming