# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC <br> 13865 Sunrise Valley Drive <br> Hernon, VA 20171 <br><br> *Plaintiff(s)* <br> v. <br> DEPARTMENT OF EDUCATION and <br> DR. MIGUEL CARDONA in His Official Capacity as Secretary of Education <br> Lyndon Baines Johnson <br> Department of Education Bldg. <br> 400 Maryland Ave., S.W. <br> Washington, D.C. 20202 <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-00324 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Raj Parekh
United States Attorney's Office for the Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Debevoise & Plimpton LLP
Ada Fernandez Johnson
801 Pennsylvania Avenue NW
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/22/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00324

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC<br>13865 Sunrise Valley Drive<br>Hernon, VA 20171<br><br>*Plaintiff(s)*<br>v.<br>DEPARTMENT OF EDUCATION and<br>DR. MIGUEL CARDONA in His Official Capacity as Secretary of Education<br>Lyndon Baines Johnson<br>Department of Education Bldg.<br>400 Maryland Ave., S.W.<br>Washington, D.C. 20202<br>*Defendant(s)* | Civil Action No. 1:21-cv-00324 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DR. MIGUEL CARDONA in His Official Capacity as Secretary of Education
Lyndon Baines Johnson
Department of Education Bldg.
400 Maryland Ave., S.W.
Washington, D.C. 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Debevoise & Plimpton LLP
   Ada Fernandez Johnson
   801 Pennsylvania Avenue NW
   Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/22/2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-00324

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC<br>13865 Sunrise Valley Drive<br>Hernon, VA 20171<br><br>*Plaintiff(s)*<br>v.<br>DEPARTMENT OF EDUCATION and<br>DR. MIGUEL CARDONA in His Official Capacity as Secretary of Education<br>Lyndon Baines Johnson<br>Department of Education Bldg.<br>400 Maryland Ave., S.W.<br>Washington, D.C. 20202<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:21-cv-00324 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DEPARTMENT OF EDUCATION
Lyndon Baines Johnson
Department of Education Bldg.
400 Maryland Ave., S.W.
Washington, D.C. 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Debevoise & Plimpton LLP
    Ada Fernandez Johnson
    801 Pennsylvania Avenue NW
    Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3-22-2021                              /s/ Laura Bryonier

                                                                                                 *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-00324

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC<br>13865 Sunrise Valley Drive<br>Hernon, VA 20171<br><br>*Plaintiff(s)*<br>v.<br>DEPARTMENT OF EDUCATION and<br>DR. MIGUEL CARDONA in His Official Capacity as Secretary of Education<br>Lyndon Baines Johnson<br>Department of Education Bldg.<br>400 Maryland Ave., S.W.<br>Washington, D.C. 20202<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:21-cv-00324 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Merrick B. Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Debevoise & Plimpton LLP
    Ada Fernandez Johnson
    801 Pennsylvania Avenue NW
    Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/22/2021                                             *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-00324

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: