IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC,<br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF EDUCATION<br>   and<br>DR. MIGUEL CARDONA, *Secretary of Education, in His Official Capacity*<br>   Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:21-cv-324<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This Administrative Procedure Act matter is set to come before the Court for a final pretrial conference on December 16, 2021 at 4:00 p.m. Previously, a final pretrial conference set for November 4, 2021 was continued because Plaintiff's Motion to Compel Discovery (Dkt. 43) had not yet been resolved. Because the Motion to Compel remains pending before the Court, the final pretrial conference must again be continued.[1] Accordingly:

It is hereby **ORDERED** that the final pretrial conference set for December 16, 2021 at 4:00 p.m. is **CONTINUED** until January 13, 2022 at 4:00 p.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
December 10, 2021

                          /s/
                     T. S. Ellis, III
                     United States District Judge

---

[1] It bears noting that then-Magistrate Judge Nachmanoff, who was previously assigned to this matter, has since been seated as a United States District Judge for the Eastern District of Virginia. As of November 8, 2021, this matter was reassigned to Magistrate Judge Davis, and it is appropriate to give Magistrate Judge Davis adequate time to address the Motion to Compel.