**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21-cv-324-TSE-IDD |
| ) | |
| DEPARTMENT OF EDUCATION and ) | |
| DR. MIGUEL CARDONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# EXHIBIT 20
# Emails concerning Freedom of Information Act dated April 26, 2017 and May 15, 2017
# AR 1604-1607

# Glick, Veronica R.

| | |
|---|---|
| **From:** | Pedersen, AnnMarie <AnnMarie.Pedersen@ed.gov> |
| **Sent:** | Wednesday, April 26, 2017 9:41 AM |
| **To:** | Glick, Veronica R. |
| **Subject:** | RE: IFAP website |
| | |
| **Categories:** | Important |
| **FilingDate:** | 5/1/2017 7:24:00 PM |

Hi Veronica,

We are finalizing our response to officially very soon, but unfortunately we weren't able to locate any of the actual complaints referenced. Our records retention schedule didn't require us to keep that information and they weren't maintained.

You should be getting the official response in a week or so, we only heard back from the subject matter experts last week.

Sorry we couldn't be of more help.

Ann Marie

---

**From:** Glick, Veronica R. [mailto:vrglick@debevoise.com]
**Sent:** Tuesday, April 25, 2017 3:58 PM
**To:** Pedersen, AnnMarie
**Subject:** RE: IFAP website

Dear Ann Marie,

Good afternoon. We were wondering whether you have located any materials in response to our FOIA request regarding the 1993 Dear Colleague Letter and Nellie Mae / Sallie Mae?

Sincerely,

Veronica



**Veronica R. Glick**
vrglick@debevoise.com
+1 202 383 8153 (Tel)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.

**From:** Pedersen, AnnMarie [mailto:AnnMarie.Pedersen@ed.gov]
**Sent:** Monday, February 06, 2017 16:49
**To:** Glick, Veronica R.
**Subject:** RE: IFAP website

Thanks Veronica, I will let you know if we need anything else.

---

**From:** Glick, Veronica R. [mailto:vrglick@debevoise.com]
**Sent:** Monday, February 06, 2017 4:48 PM
**To:** Pedersen, AnnMarie
**Subject:** RE: IFAP website

Dear Ann Marie:

Thank you for your call. I have attached the Cover, Index, and Page 13 of the 1993 DCL to help identify the issues raised in the FOIA request. Please let me know if I can clarify anything.

Sincerely,

Veronica

**Debevoise & Plimpton**

**Veronica R. Glick**

vrglick@debevoise.com
+1 202 383 8153 (Tel)

---

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in Washington, D.C. at 202-383-8000) and then delete and discard all copies of the e-mail. Thank you.

---

**From:** Pedersen, AnnMarie [mailto:AnnMarie.Pedersen@ed.gov]
**Sent:** Monday, February 06, 2017 16:14
**To:** Glick, Veronica R.
**Subject:** IFAP website

https://ifap.ed.gov/ifap/


Ann Marie Pedersen
Director, Correspondence Services
Office of Communications and Outreach
Federal Student Aid
U.S. Department of Education
830 First Street, NE, Room 22C5
Washington, DC  20202-5361
Phone: (202) 377-4543
annmarie.pedersen@ed.gov

# Glick, Veronica R.

| | |
|---|---|
| **From:** | Wehausen, Robert <Robert.Wehausen@ed.gov> |
| **Sent:** | Monday, May 15, 2017 3:02 PM |
| **To:** | Glick, Veronica R. |
| **Subject:** | U.S. Department of Education FOIA 17-00624-F |

Dear Veronica Glick:

This is the Department's final response to your request dated December 29, 2016, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, which was received in the FOIA Service Center (FSC) on January 2, 2017. Your request was forwarded to the appropriate office within the Department of Education (the Department) for any responsive documents they may have.

You Requested:

> Documents to include: (i) drafts of the November 1993 Dear Colleague Letter ("DCL") 93-L-161, (ii) any communications/documents regarding the terms "in whole or in part" therein, and (iii) any communications between Sheila Ryan and Robert (Bob) Evans, former director of policy and development for the Department of Education. Date range: 1992-1993

This letter is to notify you that the Department was unable to locate any documents that are responsive to your request. The staff in Federal Student Aid (FSA) informed the FSC that they did not retain any of the complaints sought in this request as they were considered background material, and therefore temporary records for the purposes of records retention.

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS). The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes. OGIS, which is outside the Department of Education, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to appeals or litigation.

They can be contacted by:

| | | |
|---|---|---|
| Mail | FOIA Public Liaison<br>Office of the Chief Privacy Officer<br>U.S. Department of Education<br>400 Maryland Ave., SW, LBJ 2E321<br>Washington, DC 20202-4536 | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road<br>Room 2510<br>College Park, MD 20740-6001 |
| E-mail | robert.wehausen@ed.gov | OGIS@nara.gov |
| Phone | 202-205-0733 | 301-837-1996; toll free at 1-877-684-6448 |
| Fax | 202-401-0920 | 301-837-0348 |

Lastly, you have the right to appeal this determination. You must submit any appeal within 90 calendar days after the date of this letter. Using the services described above does not affect your right, or the deadline, to pursue an appeal. An appeal must be in writing and must include a detailed statement of all legal and factual bases for the appeal; it should be accompanied by a copy of this letter, the initial letter of request, and any documentation that serves as evidence or supports the argument you wish the Department to consider in resolving your appeal.

Appeals may be submitted using the on-line form available at www.ed.gov/policy/gen/leg/foia/foia-appeal-form.pdf.

Appeals can also be submitted by:
    E-mail:    EDFOIAappeals@ed.gov
    Fax:     202-401-0920
    Mail:     Appeals Office
            Office of the Chief Privacy Officer
            U.S. Department of Education
            400 Maryland Avenue, SW, LBJ 2E320
            Washington, DC 20202-4536

Sincerely,
**Robert Wehausen**
Team Lead
FOIA Service Center
U.S. Dept. of Education
400 Maryland Avenue, SW
Washington, DC 20202-4510
202.205.0733